MACON AND BIRMINGHAM RAILROAD COMPANY *v.* PROCTOR.

COBB, J.    The requests to charge, which were refused, so far as legal and
pertinent, were covered by the general charge.    The charges excepted to,
when taken in connection with the general charge, were not erroneous.
There was evidence upon which the jury might base a finding in favor
of the plaintiff; and the trial judge being satisfied with the verdict, his
judgment overruling the motion for a new trial will not be disturbed.
                    *Judgment affirmed.    All the Justices concurring.*

Argued February 16, — Decided March 18, 1899.

Action for damages.    Before Judge Felton.    Bibb superior
court.    April term, 1898.

*L. F. Garrard* and *Hardeman, Davis & Turner*, for plaintiff
in error.    *Guerry & Hall*, contra.

---

POLLOCK *v.* NATIONAL BUILDING & LOAN ASSOCIATION *et al.*

LITTLE, J.    This being an equitable petition to enjoin the further progress
of a dispossessory warrant sued out to evict the plaintiff below from the
premises in dispute, and there being some evidence warranting a finding
that he contracted, as a tenant of the main defendant, to pay rent to the
latter, and that there was a sufficient consideration to support the con-
tract, this court, while not regarding the evidence just referred to as very
strong or satisfactory on either of these points, will not, it being undis-
puted that the rent, if due at all, was unpaid, interfere with the discretion
of the trial judge in denying the interlocutory injunction, but will leave
the case to be fully heard and determined upon its merits by a jury at the
final hearing.              *Judgment affirmed.    All the Justices concurring.*

Submitted February 17, — Decided March 18, 1899.

Petition for injunction.    Before Judge Felton.    Bibb superior
court.    August 26, 1898.

*H. F. Strohecker*, for plaintiff.    *S. A. Reid*, for defendants.